# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO ARREOLA,<br><br>               Petitioner,<br><br>     v.<br><br>A. HEDGPETH, Warden,<br><br>               Respondent. | 1:10-CV-00739 GSA HC<br><br>ORDER REQUIRING PETITIONER TO SUBMIT STATUS REPORT |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On June 29, 2010, the Court issued an order granting a stay of the petition pending exhaustion of Petitioner's state remedies. Petitioner was directed to file a status report within thirty (30) days of the order and every thirty (30) days thereafter. Petitioner has not complied with the Court's order by filing a status report within thirty days.

   Accordingly, Petitioner is ORDERED to submit a status report informing the Court what cases have been filed in state court, the date of those filings, and any outcomes within fifteen (15) days from the date of service of this order. Petitioner is advised that failure to file timely status reports will result in the Court vacating the stay.

   IT IS SO ORDERED.

   Dated:   **August 22, 2010**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE